# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *   *
NICHOLAS M. SHEARER,          *
                              *
               Plaintiff,     *
                              *    Nos. 16-865L; 16-8651L
v.                            *    Filed:  March 19, 2018
                              *
UNITED STATES,                *
                              *
               Defendant.     *
                              *
* * * * * * * * * * * * * *   *
```

## O R D E R

      The court is in receipt of plaintiffs' stipulation to dismiss certain above-captioned plaintiff's claims in the case of Andrew S. Lucier, et al. v. United States, Case No. 16-865L. The claims associated with the above-captioned plaintiff are, hereby, **SEVERED** from the case of Andrew S. Lucier, et al. v. United States, Case No. 16-865L, and shall be reorganized, for case management purposes, into the above-captioned case, Nicholas M. Shearer v. United States, and assigned Case No. 16-8651L. The court **DISMISSES WITHOUT PREJUDICE** the property claims of Nicholas M. Shearer. As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b). As the Order disposes of all properties of the named plaintiff, Case No. 16-8651L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs and properties in the case of Andrew S. Lucier, et al. v. United States, Case No. 16-865L.

      **IT IS SO ORDERED**.

                                                     s/Marian Blank Horn
                                                 **MARIAN BLANK HORN**
                                                       **Judge**